UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION,<br><br>      Plaintiff,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>      Defendant. | Civil Action No. 23-1719 (APM) |

## JOINT STATUS REPORT

Pursuant to the Court's September 14, 2023, Minute Order, Plaintiff America First Legal Foundation and Defendant the United States Department of Justice (the "Department"), submit this joint status report to apprise the Court of the status of this action brought pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

Plaintiff brings this action seeking the Department's disclosure of records related to the empaneling of a grand jury to investigate a series of sexual assaults on a school campus in Loudoun, Virginia. *See* Compl. ¶ 7. The Department's Office of Information Policy ("OIP") is processing the request at issue and is conducting an initial responsiveness review to determine the pertinent universe of potentially responsive records. To that end, OIP's initial search results located approximately 30,000 potentially responsive items. OIP anticipates being able to complete an initial responsiveness and deduplication review by November 13, 2023, at which point it will be better able to discuss a processing schedule with Plaintiff, or engage Plaintiff to determine whether further narrowing of the pool of potentially responsive records is appropriate. To facilitate its responsiveness review, OIP has reached out and offered a partial scoping proposal for Plaintiff's consideration. Plaintiff has responded and conversations regarding scoping are ongoing.

In addition, Defendant reports that it does not anticipate filing a motion under *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976), at this time. The parties also agree that it is premature to set a briefing schedule, but will meet and confer to determine whether there are issues that need to be brought to the Court's attention.

Considering OIP's ongoing processing of the request, the parties request that they file a status report on or before November 28, 2023. A proposed order is included herein.

Dated: September 28, 2023                Respectfully submitted,

/s/ *Jacob Meckler*
Jacob Meckler (D.C. Bar No. 90005210)
Tel: (972) 861-2132
E-mail: Jacob.Meckler@aflegal.org
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Avenue SE #231
Washington, D.C. 20003
*Counsel for the Plaintiff*
*America First Legal Foundation*

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division


By: /s/ *Brenda González Horowitz*
BRENDA GONZÁLEZ HOROWITZ
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2512

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION,<br><br>   Plaintiff,<br><br> v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>   Defendant. | Civil Action No. 23-1719 (APM) |

## [PROPOSED] ORDER

Upon consideration of the parties' joint status report, it is hereby ORDERED that the parties file a status report apprising the Court of the progress in this FOIA litigation on or before November 28, 2023.

SO ORDERED.

_____    _____
DATED                                                    AMIT P. MEHTA
                                                                United States District Judge