UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>　　　　　Defendant. | Civil Action No. 23-1719 (APM) |

## JOINT STATUS REPORT

Pursuant to the Court's December 3, 2024, Minute Order, Plaintiff America First Legal Foundation and Defendant the United States Department of Justice (the "Department"), submit this joint status report to apprise the Court of the status of this action brought pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

Plaintiff brings this action seeking the Department's disclosure of records related to the empaneling of a grand jury to investigate a series of sexual assaults on a school campus in Loudoun, Virginia. *See* Compl. ¶ 7. The Department's Office of Information Policy ("OIP") is processing the FOIA request at issue. Since the parties' last Joint Status Report, OIP issued its final response on January 6, 2025. The parties expect to meet and confer to attempt to narrow or eliminate any issues requiring this Court's intervention.

The parties therefore propose that they file their next status report updating the Court on the status of the parties' discussions on or before April 4, 2025.

Dated: February 3, 2025                                 Respectfully submitted,

/s/ *Jacob Meckler*
Jacob Meckler (D.C. Bar No. 90005210)
Tel: (972) 861-2132
E-mail: Jacob.Meckler@aflegal.org
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Avenue SE #231
Washington, D.C. 20003
*Counsel for the Plaintiff*
*America First Legal Foundation*

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division


By: /s/ *Brenda González Horowitz*
    BRENDA GONZÁLEZ HOROWITZ
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-2512

*Attorneys for the United States of America*

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION,<br><br>      Plaintiff,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>      Defendant. | Civil Action No. 23-1719 (APM) |

**[PROPOSED] ORDER**

Upon consideration of the parties' joint status report, it is hereby ORDERED that the parties file a status report apprising the Court of the progress in this FOIA litigation on or before April 4, 2025.

SO ORDERED.

| | |
|---|---|
| DATED | AMIT P. MEHTA<br>United States District Judge |